UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH LINSLEY,<br>INDIVIDUALLY AND ON BEHALF OF<br>ALL OTHERS SIMILARLY SITUATED,<br>      Plaintiff<br><br>v.<br><br>FMS INVESTMENT CORP.<br>      Defendant | CASE NUMBER:<br>3:11-CV-00961-VLB<br><br><br><br><br><br><br><br>JULY 24, 2014 |

## REPORT OF DISTRIBUTION OF SETTLEMENT FUNDS

The undersigned Class Counsel hereby submits his report to the Court regarding the distribution of Settlement Funds.  On July 2, 2014, First Class, Inc. distributed the Settlement Funds in equal shares of $42.40 to the 1,052 Class Members for whom good addresses were obtained.

All returned funds or un-cashed settlement checks shall be paid to the Connecticut Bar Foundation in accordance with the Settlement Agreement.

CLASS COUNSEL,


By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn, Fed Bar No. ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax. (860) 571-7457

## CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of July, 2014, a copy of the foregoing Report of Distribution of Settlement Funds was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ *Daniel S. Blinn*
                                    Daniel S. Blinn